USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED BUNKERING & TRADING (ASIA) PTE LTD,

                Plaintiff,

-against-

LILY MARINE SERVICES (PTE) LTD and LILY SHIPPING & TRADING (PTE) LTD in personam, and M/V LILY ROYAL, her freights, engines, sails, boilers, tackle, etc., in rem,

                Defendants.

ECF CASE

09 Civ. 504 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiff United Bunkering & Trading (Asia) Pte Ltd ("United Bunkering") has submitted: (1) an executed settlement agreement, dated March 23, 2009, resolving the disputes between the parties; and (2) a letter from the Managing Director of Defendant Lily Marine Services (Pte) Ltd ("Lily Marine"), stating that Lily Marine:

> (a) has entered an Agreement with United Bunkering to resolve certain disputes between the parties;
>
> (b) asks this Court to direct that the sum of $50,660.00 currently restrained under this Court's Order of Attachment be released to United Bunkering pursuant to wire transfer instructions that United Bunkering's counsel will provide the garnishee bank in partial payment of the settlement; and
>
> (c) confirms its agreement that the above-captioned action should remain open pending the completion of payment by Lily Marine to United Bunkering pursuant to the schedule set forth in the Settlement Agreement.

        Accordingly, it is hereby ORDERED that the sum of $50,660.00 currently restrained by Garnishee Deutsche Bank, pursuant to this Court's February 26, 2009 order of

Attachment, be released to Plaintiff United Bunkering pursuant to wire instructions to be provided to the bank by Plaintiff's counsel.

It is further ORDERED that, within two business days of the completion of payment by Lily Marine to United Bunkering pursuant to the schedule set forth in the Settlement Agreement, Plaintiff's counsel shall provide this Court with written notice of such payment.

Dated: New York, New York
March 26, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge